UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Earl Solie, | ) |
|       Plaintiff | ) No. |
| v. | ) VERIFICATION OF STATE |
| Faegre & Benson, LLP; | ) COURT RECORDS |
| Lynn Sarko, | ) |
|       Defendants. | ) |

David Tarshes and Matthew Sullivan are counsel for Defendants in the above captioned action. We hereby verify, pursuant to CR 101, that copies of pleadings and papers from the Pierce County Superior Court action attached to the Notice of Removal as Exhibit A are true and correct copies of all the pleadings and other papers filed in the state court action.

VERIFICATION OF STATE COURT RECORDS— 1
DWT 13102839v1 0090010-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Dated: this 16th day of July, 2009.

Davis Wright Tremaine LLP
Attorneys for Defendants Faegre & Benson
LLO and Lynn Sarko


By: ___/s/ Matthew Sullivan___
      David C. Tarshes, WSBA #13658
      Matt Sullivan, WABA #40773

Suite 2200, 1201 Third Avenue
Seattle, WA 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700

VERIFICATION OF STATE COURT RECORDS— 2
DWT 131...

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200, 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Case 3:09-cv-00207-HRH   Document 1-2   Filed 10/13/09   Page 2 of 3

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on this day I caused a copy of the foregoing Notice of Removal to be served upon the following:

| | | |
|---|---|---|
| Earl Solie<br>6427 Motor Avenue SW<br>Lakewood, WA 98499 | (X)<br>( )<br>( )<br>( ) | By U. S. Mail<br>By Federal Express<br>By Facsimile<br>By Messenger |
| Lynn Sarko<br>Keller Rohrback<br>P.O. Box 21945<br>Seattle, WA 98111 | (X)<br>( )<br>( )<br>( ) | By U. S. Mail<br>By Federal Express<br>By Facsimile<br>By Messenger |
| Faegre & Benson<br>2200 Wells Fargo Center<br>Minneapolis, MN 55402 | (X)<br>( )<br>( )<br>( ) | By U. S. Mail<br>By Federal Express<br>By Facsimile<br>By Messenger |

Dated at Seattle, Washington this 16th day of July, 2009.

*/s/ Christine Kruger*
Christine Kruger

VERIFICATION OF STATE COURT RECORDS— 3
DWT 131...
Case 0:09-cv-00207-HRH   Document 1-2   Filed 10/13/09   Page 3 of 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700